**Opinion issued November 14, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-19-00045-CV**

————————————

**IN THE COMMITMENT OF DANIEL HERNANDEZ GUZMAN, Appellant**

On Appeal from the 10th District Court
Galveston County, Texas
Trial Court Cause No. 18-CV-0224

## MEMORANDUM OPINION

Appellant's counsel has filed an agreed motion to dismiss the appeal. *See* TEX. R. APP. P. 10.3(a)(2), 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Keyes and Hightower.